■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUY ZAPPULLA, Appellant. [989 NYS2d 916]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 13, 2013 (*People v Zappulla*, 103 AD3d 759 [2013]), affirming a judgment of the Supreme Court, Kings County, rendered July 21, 2008.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Hall, Roman and Miller, JJ., concur.

(August 8, 2014)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL MARCUS, Petitioner, v WARDEN, Respondent. [990 NYS2d 416]—

Writ of habeas corpus in the nature of an application to set bail upon Queens County indictment No. 2154/09, pursuant to CPL 30.30 (2) (a), or to release the petitioner on his own recognizance. Application by the petitioner to waive the filing fee.

Ordered that the application is granted and the filing fee is waived; and it is further,

Adjudged that the writ is sustained, without costs or disbursements, to the extent that the matter is remitted to the Supreme Court, Queens County, to set reasonable bail or to release the petitioner on his own recognizance, and to fix such other terms and conditions upon the petitioner's release as may seem to it to be just and proper, in accordance with the holding of the Court of Appeals in *People ex rel. Chakwin v Warden, N.Y. City Correctional Facility, Rikers Is.* (63 NY2d 120 [1984]).

As the respondent concedes, since more than 90 days of delay in bringing the petitioner to the retrial on Queens County indictment No. 2154/09 are chargeable to the prosecution, CPL 30.30 (2) (a) commands that the detainee be released on bail, which he is capable of meeting, or upon his own recognizance (*see People ex rel. Chakwin v Warden, N.Y. City Correctional Facility, Rikers Is.*). Skelos, J.P., Dickerson, Austin and Duffy, JJ., concur.